JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
NANDOR F.R. KISS (Cal. Bar No. 299954)
Assistant United States Attorney
Orange County Office
    8000 United States Courthouse
    411 West 4th Street
    Santa Ana, California 92701
    Telephone: (714) 338-3539
    Facsimile: (714) 338-3708
    E-mail:  nandor.kiss@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. 8:25-MJ-00001 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| FRANK ALEXANDER ACEVEDO, | |
| Defendant. | |

The Government's Motion to Unseal and Dismiss the above-referenced case is hereby granted.  The case is unsealed and the complaint is dismissed.  The warrant is recalled and vacated.

IT IS SO ORDERED.

March 26, 2025
DATE

_____
HONORABLE JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE

Presented by:

    /s/
_____
NANDOR F.R. KISS
Assistant United States Attorney